GEORGIA,
Chatham Co.
DEC. 1809.

State
vs.
Caswell.

*Minutes of Superior Court, letter G. p. 254.*

*Chambers, December* 20, 1809.

### STATE *vs.* CASWELL.

THE prisoner being brought up, *Jones,* of counsel for him, moved for his discharge upon the irregularity of the warrant, and the chief grounds assigned by him were, that it had no seal, and that it did not specifically charge any offence.

*By the Court.*

The warrant should have had a seal. It is therefore quashed; but it appearing from the face of the warrant, and also from an examination of the prosecutor, *Mincey,* that a serious offence has been committed, it is ordered, that he remain in custody until he gives security for his appearance at the next Superior Court of Bulloch County; himself in five hundred dollars, and two securities in five hundred dollars each, to answer to a bill of indictment for feloniously carrying away six negroes, said to be the property of the said *Mincey,* and also to a bill of indictment for false imprisonment. And the said *James Caswell,* having entered into the recognizance required by the court, he was discharged on payment of fees.

*Jones,* for the prisoner.